Appeal from District Court, Caldwell County; Frank S. Roberts, Judge.

Application for bail on behalf of Robert Beaty.   From a judgment denying bail, applicant appeals.   Affirmed.

E. B. Coopwood, of Lockhart, J. K. Freeman, of Cameron, and A. E. Holland, of Luling, for appellant.   C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J.   This is an appeal from the judgment of the lower court denying bail.

We have carefully read and considered the statement of facts herein.   In addition to a written brief by appellant's attorneys, we also heard their forcible oral argument on the submission of this case, all of which we have duly considered, together with all the authorities cited by them.

We adhere to the rule in such cases not to discuss the evidence.   We have, however, reached the conclusion that the judgment of the lower court should be, and it is, therefore, affirmed.   Ex parte Sapp, 179 S. W. 109.

BEVERLY v. STATE.   (No. 3861.)

(Court of Criminal Appeals of Texas.   Dec. 22, 1915.)

Appeal from District Court, Goliad County; John M. Green, Judge.

Marshall Beverly was convicted of murder, and appeals.   Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J.   Appellant was convicted of murder, and his punishment assessed at 40 years in the penitentiary.

There is no statement of facts, nor bill of exception.   In the absence of these, no question is raised which we can review.

The judgment is affirmed.

Ex parte BORRER.   (No. 3864.)

(Court of Criminal Appeals of Texas.   Dec. 1, 1915.   Rehearing Denied Jan. 5, 1916.)

Appeal from District Court, Caldwell County; Frank S. Roberts, Judge.

Ex parte application by Will Borrer for writ of habeas corpus to secure admission to bail.   From an order denying bail, he appeals.   Affirmed.

E. B. Coopwood and J. B. Hatchett, both of Lockhart, for appellant.   C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J.   This is an appeal from a hearing on habeas corpus before the district judge, who denied bail.

We have carefully read the statement of facts in this case.   In our opinion, the district judge was justified in denying bail.   As is usual, we do not discuss the evidence.

The judgment denying bail will be affirmed.

DAVIDSON, J. (dissenting).   I do not care to discuss the facts, and will not do so.   I think the case clearly bailable.   The Assistant Attorney General so thought, and agreed with relator's counsel on bail in the sum of $15,000, which is of record among the papers.

I think he was and is right.

SHOOK v. STATE.   (No. 3871.)

(Court of Criminal Appeals of Texas.   Jan. 5, 1916.)

Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge.

Jim Shook was convicted of burglary, and he appeals.   Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J.   This is an appeal from a conviction for burglary.   There is no statement of facts, nor bill of exceptions, and nothing raised which can be reviewed.

The judgment is affirmed.